IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI NORTHERN DIVISION

CYNTHIA LITTLE                                                      PLAINTIFF

V.                                              CAUSE NO. 3:20-cv-310-HTW-LRA

INSTITUTE OF COMMUNITY SERVICES, INC.            DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS DAY THIS CAUSE came on to be considered on the joint motion of the parties, *ore tenus*, to dismiss with prejudice and the parties having announced that these matters have been fully compromised and settled and that there remain no issues to be litigated by or between the parties, nor adjudicated or determined by the Court, and all parties have consented to the entry of this Agreed Order of Dismissal, and agree that this action should be dismissed with prejudice. The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

The Court being further advised in the premises finds that the Motion to dismiss this action with prejudice is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action be and the same hereby is dismissed with prejudice.

SO ORDERED AND ADJUDGED, THIS the 11th day of August, 2021.

                                                      *Henry T. Wingate*
                                                      JUDGE

1

AGREED AND APPROVED BY:

/s/ Rod G. Hickman

ROD G. HICKMAN, MSB 105527
HICKMAN FONDREN, PLLC
2882 Jefferson Street
Post Office Box 149
Macon, Mississippi 39341
601-202-1185
rod@hickmanfondren.com

*Attorney for Plaintiff*

/s/ Paige Herring

Paige Herring, MSB
McAngus, Goudelock, and Courie, LLC.
Post Office Box 2955
Ridgeland, Mississippi 39158
Phone: (601) 427-7537
Facsimile: (601) 570-9525
e-mail: paige.herring@mgclaw.com

*Attorney for Defendant*